BEFORE THE THIRD DIVISION, JULY 5, 1962

No. 66886.—Arnart Imports, Inc. v. United States, protests 326802–K and 327626–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

JULY 5, 1962

No. 66887.—S. Hiller & Co. v. United States, protest 61/20074. Plaintiff's application for rehearing granted.

JULY 5, 1962

No. 66888.—SUIT 5066.—Henley & Co., Inc. v. United States.

C.D. 2215 affirmed March 9, 1962. C.A.D. 793.